UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RONALD A. SMITH,

                Plaintiff,

   v.

AUBURN POLICE DEPARTMENT, et al.,

                Defendants.

Case No. C23-0080-TL

ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

Plaintiff, proceeding pro se, filed a motion to proceed *in forma pauperis* (IFP) in this matter. Dkt. 1. Because Plaintiff does not appear to have funds available to afford the $402.00 filing fee, Plaintiff qualifies for IFP status pursuant to 28 U.S.C. § 1915(a)(1). Plaintiff's IFP application, Dkt. 1, is therefore GRANTED. The Clerk is directed to send copies of this Order to the parties and to the assigned District Judge.

Dated this 19th day of January, 2023.

                                              S. KATE VAUGHAN
                                              United States Magistrate Judge